IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEARY HICKS<br><br>*Plaintiff*,<br><br>v.<br><br>GUARDIAN LIFE INSURANCE COMPANY,<br><br>*Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:18-CV-00424-JRG |

**ORDER**

Before the Court is the Motion to Dismiss Pursuant to Rule 41(a)(2) (the "Motion") filed by Plaintiff Geary Hicks and Defendant The Guardian Life Insurance Company (collectively, the "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 44.) In the Motion, the Parties request that the Court dismiss, with prejudice, all claims in the above captioned case. (*Id.* at 1, 3.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 11th day of October, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE